MR. JUSTICE HARRISON,
dissenting.
I would concur with this Court’s opinion finding no reversible error in the termination of the two officers, Patrick Gentry and Thomas Damon, but would hold contrary to this Court’s opinion regarding Robert Gleich who I feel should be reinstated. His contact with the other two off-duty officers was when he brought the patrol car to the Red Meadow bar’s parking lot at approximately 9:30 p.m. on the evening in question and drove them home. In arriving at my decision it is important to note that the Police Commission recommended that Gleich be suspended from the Department for 30 days without pay. I would follow the recommendation of the Commission as to Officer Gleich and not that of the City Manager who set all the findings of the Police Commission aside and made his own decision.
While I agree that the City Manager has set a high standard of honesty for police officers, which standard will undoubtedly be well-drilled into the Department, I feel that Gleich was somewhat of an innocent bystander in this matter and I believe he was salvageable and should have been eventually kept on the force.